COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                        NO.
2-05-432-CV

 

 

 

G.E.
TAYLOR, INC.                                                              APPELLANT

 

                           V.

 

WANDA
LOU FOSTER                                                             APPELLEE

 

                                               ----------

              FROM THE 271ST
DISTRICT COURT OF WISE COUNTY

                                               ----------

                  MEMORANDUM OPINION[1] AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion To
Dismiss Appeal Without Prejudice.@  It is the court's opinion that
the motion should be granted; therefore, we dismiss the appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).  

Costs of this appeal shall be taxed against party incurring same,
for  which let execution issue.

PER
CURIAM       

 

PANEL D:   MCCOY,
J.; CAYCE, C.J.; and LIVINGSTON, J.

 

DELIVERED: February 23, 2006

 











[1]See Tex. R. App. P. 47.4.